UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH S. HEARD

    Plaintiff,                             Case No.: 1:02CV 00296 (CKK)

v.

DISTRICT OF COLUMBIA GOVERNMENT, et al.

and

CENTER FOR CORRECTIONAL HEALTH AND
POLICY STUDIES, INC., et al.

**EXPERT DESIGNATION OF DEFENDANTS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. AND <u>NAMED EMPLOYEES, PURSUANT TO RULE 26(a)(2)(B)</u>**

    COME NOW, Defendants, Center for Correctional Health and Policy Studies and their individually named employees, by and through counsel of record, Leo A. Roth, Jr. and Brault Graham, P.L.L.C., and for their Expert Designation, pursuant to Rule 26(a)(2)(B) of the Federal Rules for Civil Procedure, state as follows:

    The following documents are attached hereto as exhibits:

        1.      The psychiatric report of Dr. Simon, dated February 1, 2005.

        2.      Dr. Simon's curriculum vitae.

        3.      Case list of previous deposition and trial testimony by Dr. Simon.

    In the case at bar, Dr. Simon is being compensated for his expert professional services at the rate of $500.00 per hour.

These Defendants reserve the right to have Dr. Simon supplement his report upon his review of any documents and/or testimony that may be generated by formal or informal discovery in this matter.

                Respectfully submitted,

                BRAULT GRAHAM, P.L.L.C.

                /s/
                LEO A. ROTH, JR.,    #11064
                110 South Washington Street
                Rockville, MD  20850
                (301) 424-1060
                Counsel for Center for Correctional Health and
                Policy Studies, et al.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2005, a copy of the foregoing **Expert Designation of Defendants, Center for Correctional Health and Policy Studies, Inc. and Named Employees, Pursuant to Rule 26(a)(2)(B),** was mailed, via first class mail, postage prepaid, to :

John Moustakas, Esquire
Adam M. Chud, Esquire
Paul Friedman, Esquire
Goodwin Proctor, LLP
901 New York Avenue, N.W.
Washington, DC  20001
Counsel for Plaintiffs

Robert DeBeradinis, Esquire
Asst. Attorney General for the District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
Counsel for DC Govt., et al.

Robert E. Deso, Esquire
Deso, Buckley & Stein, P.C.
1828 L Street, N.W., Suite 660
Washington, DC  20036

Peter N. Mann, Esquire
514 10th Street, NW, 9th Floor
Washington, DC  20004

                                                  /s/
                                      LEO A. ROTH, JR.