IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH S. HEARD, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:02CV00296 (CKK) |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| GOVERNMENT, ET AL. | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT NOTICE OF DISMISSAL

Plaintiff Joseph S. Heard, through counsel and with the consent of guardian *ad litem* Jonathan L. Stern, Esq., and defendants Joan Davage, Bruce Reid, Warren Mebane, Bernadette Ahaiwe, and Odita Yatco (the "CCHPS Employee Defendants"), through counsel, hereby agree to voluntarily dismiss with prejudice of all claims asserted in the Second Amended Complaint against the CCHPS Employee Defendants, as well as all claims or counterclaims that plaintiff or the CCHPS Employee Defendants could have brought against each other arising out of the facts alleged in the Second Amended Complaint or the institution and/or prosecution of the claims set forth therein.

Dated: August 4, 2005

Respectfully submitted,

_____
Leo A. Roth, Esq. (D.C. Bar No. 11064)
Brault Graham, PLLC
110 South Washington Street
Rockville, MD 20850
Tel.: (301) 424-1060
Fax: (301) 424-0405
*Counsel for CCHPS Employee Defendants*

_____
John Moustakas (D.C. Bar No. 442076)
Paul R. Friedman (D.C. Bar No. 115852)
Adam M. Chud (D.C. Bar No. 468443)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444
*Counsel for Plaintiff*