IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH S. HEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:02CV00296 (CKK) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| GOVERNMENT, ET AL. ) | |
| ) | |
| Defendants. ) | |

### PRAECIPE

On August 13, 2004, plaintiff filed his Second Amended Complaint in this case. In it, Stanley Harper and Amelia Francis were named defendants.

PLEASE TAKE NOTICE that because neither Stanley Harper nor Amelia Francis Scott have been served with the Second Amended Complaint, they have never been made parties to this action and all claims asserted against them in the Second Amended Complaint should be dismissed.

Dated: August 4, 2005

Respectfully submitted,

_/s/ John Moustakas_

John Moustakas (D.C. Bar No. 442076)
Paul R. Friedman (D.C. Bar No. 115852)
Adam M. Chud (D.C. Bar No. 468443)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

*Counsel for Plaintiff*