IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH S. HEARD | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : Case No. 1:02CV00296 (CKK) |
| | : |
| DISTRICT OF COLUMBIA, et al | : |
| | : |
|     Defendants | : |

**CONSENT MOTION OF DEFENDANT CYNTHIA HACKETT
FOR AN ORDER AND JUDGMENT AGAINST DEFENDANT
<u>DISTRICT OF COLUMBIA FOR PAYMENT OF ATTORNEY FEES</u>**

    The defendant, Cynthia Hackett, by and through undersigned counsel, pursuant to D.C. Code, § 24-104 moves this Court, by consent of the District of Columbia for an Order and Judgment against the District of Columbia for payment of attorney's fees to her attorney, Peter N. Mann, Esquire for representation from November 15, 2004 through August 4, 2005.  In support of this motion, the defendant states the following.

    1.  This motion arises from the representation of defendant Cynthia Hackett in this proceeding.  Ms. Hackett was an employee of the District of Columbia during the periods of time at issue in this matter.   Ms. Hackett was advised the District of Columbia could not represent her because of a conflict of interest.  Accordingly, Ms. Hackett retained undersigned counsel to represent her in this matter.

    2.  At a settlement conference held on August 4, 2005, counsel for the District of Columbia, Robert A. Deberardinis stated to the court that the District of Columbia consented to the payment of attorney's fees to defendant Cynthia Hackett's counsel in the amount of $6,126.65 as fair and reasonable attorney fees for representation by undersigned counsel.

WHEREFORE, defendant Cynthia Hackett moves that this court enter an order and judgment against the District of Columbia directing payment of $6,126.65 to her attorney, Peter N. Mann for representation in this matter from November 15, 2005 through August 4, 2005.

Respectfully Submitted,

_____
Peter N. Mann, Esq.
514 10th Street, N.W.
9th Floor
Washington, D.C.  20004
(202) 398-3547
*Counsel for Defendant Cynthia Hackett*