IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH S. HEARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>GOVERNMENT, ET AL., )<br>)<br>Defendant. )<br>) | No. 1:02CV00296 (CKK) |

**MOTION FOR CORRECTION OF AUGUST 4, 2005 MINUTE ORDER
WITH RESPECT TO PLAINTIFF'S "MOTION FOR ENTRY OF
<u>JUDGMENT BY DEFAULT AS TO DEFENDANT DIANNE ZIGLER</u>"**

The Court's August 5, 2005, Minute Order denied as moot plaintiff's March 23, 2005 "Motion for Entry of Judgment by Default Against Defendant Dianne Zigler." Plaintiff's claims against defendant Zigler, however, have not been settled and were not released by either plaintiff's settlement with the District of Columbia or with CCHPS. Plaintiff understands that Ms. Zigler was at all relevant times employed by Quest Diagnostics, a subcontractor to CCHPS that was retained to perform blood work and other laboratory tests in the D.C. Jail. Defendant Zigler never answered the Second Amended Complaint and has not responded to the Motion for Entry of Judgment by Default.

Therefore, plaintiff respectfully requests that the Court (1) correct its August 5 Minute Order to reflect that plaintiff's "Motion for Entry of Judgment by Default Against Defendant Dianne Zigler" remains pending and is not moot; and (2) grant plaintiff's "Motion for Entry of Judgment by Default Against Defendant Dianne Zigler."

2

DATED: August 8, 2005

                                                Respectfully submitted,

                                                /s/

                                                John Moustakas (D.C. Bar No. 442076)
                                                Adam M. Chud (D.C. Bar No. 468443)
                                                Goodwin Procter LLP
                                                901 New York Ave., N.W.
                                                Washington, D.C. 20001
                                                Tel.: (202) 346-4000
                                                Fax: (202) 346-4444

                                                *Counsel for Joseph S. Heard*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH S. HEARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No. 1:02CV00296 (CKK)<br>DISTRICT OF COLUMBIA )<br>GOVERNMENT, ET AL., )<br>)<br>Defendant. )<br>_____) | |

## ORDER

The Court, having considered Plaintiff's "Motion for Correction of August 4, 2005 Minute Order With Respect to Plaintiff's 'Motion for Entry of Judgment by Default as to Defendant Dianne Zigler,'" hereby ORDERS:

1. that the motion is GRANTED;

2. that the Court's August 5 Minute Order is hereby corrected to reflect that plaintiff's "Motion for Entry of Judgment by Default Against Defendant Dianne Zigler" remains pending and is not moot; and

3. that Plaintiff's "Motion for Entry of Judgment by Default Against Defendant Dianne Zigler" is granted.

IT IS SO ORDERED this _____ day of August, 2005.

_____
Colleen Kollar-Kotelly
U.S. District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2005, I caused the foregoing to be served by first-class U.S. mail, postage prepaid upon:

>Robert P. DeBerardinis, Esq.
>Wendell Hall, Esq.
>Office of the D.C. Attorney General
>6th Floor South
>441 Fourth Street, N.W.
>Washington, D.C. 20001
>
>Leo A. Roth, Jr., Esq.
>Brault Graham P.L.L.C.
>110 South Washington Street
>Rockville, Maryland 20850
>
>Robert E. Deso, Esq.
>Deso, Buckley & Stien, P.C.
>1828 L Street, N.W., Suite 660
>Washington, D.C. 20036
>
>Peter N. Mann, Esq.
>514 10th Street, N.W.
>9th Floor
>Washington, D.C. 20004
>
>Diane Zigler (by first-class mail and FedEx)
>2917 Hobblebush Court
>Glenarden, MD 20706

_____
Adam M. Chud